Certificate Number: 15317-PAE-DE-032796522

Bankruptcy Case Number: 19-11780



15317-PAE-DE-032796522

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 9, 2019, at 2:55 o'clock PM PDT, Kevin J Merkel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 9, 2019          By:    /s/Eunice Francia

                           Name:  Eunice Francia

                           Title: Counselor