## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Doreen F. Merkel<br>        Kevin J. Merkel<br>                    Debtor(s) | CHAPTER 7 |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3<br>                    Movant<br>        vs.<br>Doreen F. Merkel<br>Kevin J. Merkel<br>                    Debtor(s)<br>Robert H. Holber<br>                    Trustee | NO. 19-11780 ELF<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this  6th  day of  August , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Sections 362), is **MODIFIED** with respect to the subject premises located at 333 Beech Street, Warminster, PA 18974 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**