United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 19-11780-elf
Kevin J. Merkel                                                  Chapter 7
Doreen F. Merkel
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore         Page 1 of 1         Date Rcvd: Sep 09, 2019
                             Form ID: 195            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.
db/jdb        +Kevin J. Merkel,    Doreen F. Merkel,    405 Ferris Lane,    New Britain, PA 18901-5035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 03:04:17      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
        DIANA M. DIXON    on behalf of Joint Debtor Doreen F. Merkel dianamdixonesq@gmail.com
        DIANA M. DIXON    on behalf of Debtor Kevin J. Merkel dianamdixonesq@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
        et al... bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Kevin J. Merkel and Doreen F. Merkel  : Case No. 19−11780−elf
    Debtor(s)

## *ORDER*
_____

    AND NOW, this day , September 9, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Judge , United States Bankruptcy Court

23
Form 195